# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Robert Jackson Creasy          CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 22-13151 PMM

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Elizon Master Participation Trust I, U.S. Bank Trust National Association, as Owner Trustee and index same on the master mailing list.

Respectfully submitted,

/s/ *Michael Farrington*

Michael Farrington
14 Dec 2022, 16:49:57, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322