IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

IN RE: **Creasy, Robert Jackson**　　　　　　　　　　　　　　　　CASE NO 22-13151-pmm

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER **13**


**AMENDED**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date　　12/18/2022　　　Signature　　　　　　　　　　/s/ Robert Jackson Creasy
　　　　　　　　　　　　　　　　　　　　　　　Robert Jackson Creasy, Debtor

**Carrington Mortgage Services**
1600 S Douglass Rd Ste 110
Anaheim, CA 92806

**Cibik Law, P.C.**
1500 Walnut Street Suite 900
Philadelphia, PA 19102

**First Premier Bank**
Attn: Bankruptcy
PO Box 5524
Sioux Falls, SD 57117

**Internal Revenue Service**
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

**Lancaster County Tax Collection Bureau**
1845 William Penn Way
Lancaster, PA 17601

**OneMain Financial**
PO Box 3251
Evansville, IN 47731-3251

**Pennsylvania Attorney General**
16th Floor, Strawberry Square
Harrisburg, PA 17120

**Pennsylvania Department of Revenue**
Bankruptcy Division
Po Box 280946
Harrisburg, PA 17128-0946

**Pennsylvania Office of General Counsel**
333 Market St Fl 17
Harrisburg, PA 17101-2210

**Providence Township**
200 Mount Airy Rd
New Providnce, PA 17560-9781

**Solanco School District**
121 S Hess St
Quarryville, PA 17566-1225

**U.S. Attorney, Eastern District of Pa.**
615 Chestnut St Ste 1250
Philadelphia, PA 19106-4404

**U.S. Department of Justice**
950 Pennsylvania Ave NW
Washington, DC 20530-0009

**Westlake Portfolio Management, LLC**
Attn: Bankruptcy
PO Box 76809
Los Angeles, CA 90054