UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: <br>     Robert Jackson Creasy <br><br>     Debtor | Chapter 13 <br> Bankruptcy No.22-13151-PMM |

CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 23rd day of March, 2023, by first class mail upon those listed below:

Robert Jackson Creasy
356 Schoolhouse Rd
New Providnce, PA  17560-9701

**Electronically via CM/ECF System Only:**

MICHAEL L ASSAD
CIBIK LAW PC
1500 WALNUT STREET, SUITE 900
PHILADELPHIA, PA  19102

                                          */s/ Kristen Gliem*
                                          Kristen Gliem
                                          for
                                          Scott F. Waterman, Esquire
                                          Standing Chapter 13 Trustee