UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Robert J. Creasy, | : | Chapter 13 |
| | : | |
| Debtor. | : | Bky. No. 22-13151 (PMM) |

# ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

**AND NOW,** upon consideration of the Motion (doc. #26, the "Motion") for Relief from the Automatic Stay filed by Elizon Master Participation Trust I U.S. Bank Trust National Association, as Owner Trustee (the "Creditor");

**AND** a hearing on the Motion having been held on April 11, 2023;

**AND** for the reasons stated on the record at the hearing, it is hereby **ordered** that:

1. The Motion is **granted**;

2. The automatic stay of all proceedings, as provided under 11 U.S.C. Section 362, is modified with respect to premises 356 Schoolhouse Road New Providence, PA 17566 (the "Property") to allow the Creditor to proceed against the Property; and

3. The 14 day stay imposed by Federal Rule of Bankruptcy Procedure 4001(a)(3) is hereby waived; this Order shall be effective immediately upon its entry.

Date: April 11, 2023

_/s/ Patricia M. Mayer_
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**