United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                          Case No. 22-13151-pmm

Robert Jackson Creasy                                                Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 12, 2023 | Form ID: pdf900 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2023:**

**Recip ID**    **Recipient Name and Address**
db    Robert Jackson Creasy, 356 Schoolhouse Rd, New Providnce, PA 17560-9701

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2023      Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2023 at the address(es) listed below:**

**Name**    **Email Address**

BRIAN CRAIG NICHOLAS
on behalf of Creditor Elizon Master Participation Trust I  U.S. Bank Trust National Association, as Owner Trustee bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
on behalf of Creditor Elizon Master Participation Trust I  U.S. Bank Trust National Association, as Owner Trustee bkgroup@kmllawgroup.com

MICHAEL A. CIBIK
on behalf of Debtor Robert Jackson Creasy mail@cibiklaw.com  cibiklawpc@jubileebk.net

MICHAEL I. ASSAD
on behalf of Debtor Robert Jackson Creasy mail@cibiklaw.com  cibiklawpc@jubileebk.net

MICHAEL PATRICK FARRINGTON
on behalf of Creditor Elizon Master Participation Trust I  U.S. Bank Trust National Association, as Owner Trustee mfarrington@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

District/off: 0313-4

Date Rcvd: Apr 12, 2023

TOTAL: 7

User: admin

Form ID: pdf900

Page 2 of 2

Total Noticed: 1

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Robert J. Creasy,      :      **Chapter 13**
                             :
        Debtor.      :      **Bky. No. 22-13151 (PMM)**

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

**AND NOW,** upon consideration of the Motion (doc. #26, the "Motion") for Relief from

the Automatic Stay filed by Elizon Master Participation Trust I U.S. Bank Trust National

Association, as Owner Trustee (the "Creditor");

**AND** a hearing on the Motion having been held on April 11, 2023;

**AND** for the reasons stated on the record at the hearing, it is hereby **ordered** that:

1.      The Motion is **granted**;

2.      The automatic stay of all proceedings, as provided under 11 U.S.C. Section 362, is

        modified with respect to premises 356 Schoolhouse Road New Providence, PA 17566

        (the "Property") to allow the Creditor to proceed against the Property; and

3.      The 14 day stay imposed by Federal Rule of Bankruptcy Procedure 4001(a)(3) is

        hereby waived; this Order shall be effective immediately upon its entry.

Date: **April 11, 2023**
                                    _____
                                    **PATRICIA M. MAYER**
                                    **U.S. BANKRUPTCY JUDGE**