United States Bankruptcy Court
Eastern District of Pennsylvania

In re: | Case No. 22-13151-pmm
Robert Jackson Creasy | Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4 | User: admin | Page 1 of 2
Date Rcvd: Apr 27, 2023 | Form ID: pdf900 | Total Noticed: 21

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Robert Jackson Creasy, 356 Schoolhouse Rd, New Providnce, PA 17560-9701 |
| 14743995 | + | Cibik Law, P.C., 1500 Walnut Street Suite 900, Philadelphia, PA 19102-3518 |
| 14743008 | + | Elizon Master Participation Trust I<, US Bank Trust National Association, c/o Michael Farrington, Esq., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14740215 | + | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14740217 | | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14740218 | + | Providence Township, 200 Mount Airy Rd, New Providnce, PA 17560-9785 |
| 14740219 | | Solanco School District, 121 S Hess St, Quarryville, PA 17566-1225 |
| 14740220 | | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14747348 | + | Westlake Financial Services, 3440 Flair Drive Lockbox # 840132, El Monte CA 91731-2823 |
| 14744007 | + | Westlake Portfolio, Management, LLC, Attn: Bankruptcy, PO Box 76809, Los Angeles, CA 90076-0809 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Apr 27 2023 23:40:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 27 2023 23:40:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14743994 | + | Email/Text: BKBCNMAIL@carringtonms.com | Apr 27 2023 23:40:00 | Carrington Mortgage Services, 1600 S Douglass Rd Ste 110, Anaheim, CA 92806-5951 |
| 14741418 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 27 2023 23:50:21 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14743996 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 27 2023 23:50:33 | First Premier Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 14740213 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 27 2023 23:40:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14740214 | + | Email/Text: compliance@lctcb.org | Apr 27 2023 23:40:00 | Lancaster County Tax Collection Bureau, 1845 William Penn Way, Lancaster, PA 17601-4097 |
| 14743999 | | Email/PDF: cbp@onemainfinancial.com | Apr 27 2023 23:50:33 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 14740216 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 27 2023 23:40:00 | Pennsylvania Department of Revenue, Bankruptcy Division, Po Box 280946, Harrisburg, PA 17128-0946 |
| 14748431 | | Email/Text: bknotices@snsc.com | Apr 27 2023 23:40:00 | SN Servicing Corp., 323 5th Street, Eureka, CA 95501 |
| 14740221 | ^ | MEBN | Apr 27 2023 23:39:29 | U.S. Department of Justice, 950 Pennsylvania Ave |

Case 22-13151-pmm   Doc 40   Filed 04/29/23   Entered 04/30/23 00:29:05   Desc Imaged
Certificate of Notice   Page 2 of 3

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 27, 2023 | Form ID: pdf900 | Total Noticed: 21 |

NW, Washington, DC 20530-0009

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14743997 | * | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14743998 | *+ | Lancaster County Tax, Collection Bureau, 1845 William Penn Way, Lancaster, PA 17601-6713 |
| 14744000 | *+ | Pennsylvania Attorney, General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14744001 | * | Pennsylvania Department of, Revenue, Bankruptcy Division, Po Box 280946, Harrisburg, PA 17128-0946 |
| 14744002 | * | Pennsylvania Office of, General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14744003 | *+ | Providence Township, 200 Mount Airy Rd, New Providnce, PA 17560-9785 |
| 14744004 | * | Solanco School District, 121 S Hess St, Quarryville, PA 17566-1225 |
| 14744005 | * | U.S. Attorney, Eastern District, of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14744006 | * | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |

TOTAL: 0 Undeliverable, 9 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2023              Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2023 at the address(es) listed below:

**Name** | **Email Address**

BRIAN CRAIG NICHOLAS
on behalf of Creditor Elizon Master Participation Trust I  U.S. Bank Trust National Association, as Owner Trustee bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
on behalf of Creditor Elizon Master Participation Trust I  U.S. Bank Trust National Association, as Owner Trustee bkgroup@kmllawgroup.com

MICHAEL A. CIBIK
on behalf of Debtor Robert Jackson Creasy mail@cibiklaw.com  cibiklawpc@jubileebk.net

MICHAEL I. ASSAD
on behalf of Debtor Robert Jackson Creasy mail@cibiklaw.com  cibiklawpc@jubileebk.net

MICHAEL PATRICK FARRINGTON
on behalf of Creditor Elizon Master Participation Trust I  U.S. Bank Trust National Association, as Owner Trustee mfarrington@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

| | |
|---|---|
| In re:<br><br>　　Robert Jackson Creasy,<br><br>　　　　　　Debtor. | Case No. 22-13151-PMM<br><br>Chapter 13 |

### ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Scott Waterman, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED** and Debtor is barred from filing another bankruptcy case, either individually or jointly with a spouse, without prior leave of Court FOR A PERIOD OF ONE YEAR.

2. Any wage orders previously entered are **VACATED**.

3. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

4. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within fourteen (14) days of the entry of this Order.

5. **Promptly after the expiration of the response period for any application authorized by Paragraph 4 above, Counsel for the Debtor shall file either:**

    a. a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed; or

    b. a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

6. If no Certification, as required above in Paragraph 5 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Date: **April 27, 2023**

　　　　　　　　　　　　　　　　　　　_Patricia M. Mayer_
　　　　　　　　　　　　　　　　　　　Patricia M. Mayer
　　　　　　　　　　　　　　　　　　　U.S. Bankruptcy Judge