**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                    :          CHAPTER 13
Robert Jackson Creasy

      DEBTOR                     :          BKY. NO.  22-13151-pmm

**CERTIFICATION OF NO RESPONSE**

I, Michael A. Cibik, Esquire, hereby certify that no answer, objection, other responsive pleading or request for hearing has been filed within the time allowed by law to the Notice of Application and Application to Approve Counsel Fees.

                        Respectfully Submitted,

Date:  May 24, 2023              /s/ Michael A. Cibik
                                    MICHAEL A. CIBIK, ESQUIRE
                                    CIBIK LAW, P.C.
                                    1500 WALNUT  STREET, STE. 900
                                    PHILADELPHIA, PA  19102
                                    (215) 735-1060